UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.  4:16 CR 55 HEA |
| GEORGE PATINO, | ) ) ) |
| Defendant. | ) |

## GOVERNMENT'S PROPOSED EXHIBIT LIST

COMES NOW the United States of America, by and through Carrie Costantin, Acting United States Attorney for the Eastern District of Missouri, and Andrew J. Lay, Assistant United States Attorney for said District, and submits the following proposed exhibit list:

| EXHIBIT NO. | EXHIBIT DESCRIPTION |
|---|---|
| 1 | Photograph of Men's Medical Institute |
| 2 | MEXPOST package addressed to J.D. |
| 2-A | Photographs of MEXPOST package addressed to J.D. |
| 3 | MEXPOST package addressed to B.W. |
| 3-A | Photographs of MEXPOST package addressed to B.W. |
| 4 | Commerce Bank signature card for Mens' Medical Institute ("MMI") bank account and Records Custodian Affidavit |
| 5 | Commerce Bank bank statement for MMI account dated April 30, 2014 |
| 6 | Wells Fargo signature cards for Mr. Patino's account with Business Records Custodian Declaration |

| EXHIBIT NO. | EXHIBIT DESCRIPTION |
|---|---|
| 7 | Wells Fargo account statement for Mr. Patino's account dated April 1, 2014 - April 30, 2014 |
| 8 | Subscriber Information for "tedm@medsmeninst.com" email address with Business Records Custodian Declaration |
| 9 | email chain between MMI and "help@hgh.com.mx" dated 4/7/14 |
| 10 | email chain between MMI from Mr. Patino MD dated 5/28/14 |
| 11 | Subscriber information for drgp@doctor.com and Business Records Custodian Declaration |
| 12 | Mr. Patino's Wells Fargo account statement dated May 1, 2014 - May 31, 2014 |
| 13 | email chain between MMI and "help@hgh.com.mx" dated 12/16/14 |
| 14 | Mr. Patino's Wells Fargo account statement dated December 1, 2014 - December 31, 2014 |
| 15 | email chain between MMI, "help@hgh.com.mx," and Mr. Patino dated 5/18/15 |
| 16 | email chain between MMI, "help@hgh.com.mx," and Mr. Patino dated 5/20/15 |
| 17 | email chain between MMI, "help@hgh.com.mx," and Mr. Patino dated 5/20/15 |
| 18 | Mr. Patino's Wells Fargo account statement dated May 1, 2015 - May 31, 2015 |
| 19 | Men's Medical Institute marketing materials with Business Records Custodian Declaration |

| EXHIBIT NO. | EXHIBIT DESCRIPTION |
|---|---|
| 20 | MMI Human Growth Hormone flyer |
| 21 | MMI patient file for W. R. |
| 22 | MMI Patient file for B.W. |
| 23 | MMI Patient file for A.A., a/k/a B.S. |
| 24 | Photographs of patient W.R. |
| 25 | email to Dr. Mimlitz at MMI from patient B.S. dated 5/5/2015 |
| 26 | Photographs of patient A.A., a/k/a B.S. |
| 27 | Missouri Board records custodian affidavit |
| 28 | email chain between A.M. and help@hgh.com.mx dated 8/20/15 |
| 29 | email chain between A.M. and help@hgh.com.mx dated 8/24/15 |
| 30 | email chain between A.M. and help@hgh.com.mx dated 9/25/15 |
| 31 | letter from U.S. Customs and Border Protection dated 9/16/15 to A.M. |
| 32 | email chain between A.M. and orders@mexicomail.com dated 9/25/15 |
| 33 | email chain between A.M. and sales@rxmedicalwarehouse.com dated 11/19/15 |
| 40 | MEXPOST package addressed to B.L. |
| 41 | MEXPOST package addressed to S.V. |
| 42 | MEXPOST package addressed to J.T. |
| 43 | MEXPOST package addressed to J.D. |
| 45 | MEXPOST package addressed to B.S. |
| 45-A | Photographs of MEXPOST package addressed to B.S |
| 46 | MEXPOST package addressed to C.B. |

**EXHIBIT NO.**     **EXHIBIT DESCRIPTION**

| | |
|---|---|
| 46-A | Photographs of MEXPOST package addressed to C.B. |
| 47 | MEXPOST package addressed to J.T. |
| 47-A | Photographs of MEXPOST package addressed to J.T. |
| 48 | MEXPOST package addressed to B.L. |
| 50 | Stipulation regarding packages and their contents |
| 51 | Stipulation regarding testimony of Chemist Timothy Yi |
| 52 | Business records declaration from Missouri Board of Professional Regulation |
| 53 | Summary Chart of Wells Fargo Bank Records |
| 54 | Wells Fargo Bank Statements |
| 55 | Evidence Summary Chart |
| 56 | C.V. of Dr. A. Simone |
| 60 | Conviction of G. Patino, U.S. District Court, Southern District of CA |

Respectfully submitted,

CARRIE COSTANTIN
Acting United States Attorney

 /s/  Andrew J. Lay
ANDREW J. LAY, #39937MO
Jeannette Graviss
Assistant United States Attorneys
111 South 10th Street, Room 20.333
St. Louis, Missouri  63102
(314) 539-2200

4

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2017 the foregoing was filed electronically with the Clerk of Court and hand delivered to all counsel of record.

                                                  */s/ Andrew J. Lay*
                                                  ANDREW J. LAY, #39937MO
                                                  Assistant United States Attorney